CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **LOUIS EGNASKO ,** *Defendant,* and **SCHOOL OF VISUAL ARTS,** **and its successors or assigns,** *Garnishee.* | Hon. William H. Walls<br><br>Criminal No. 96-725<br><br>**GARNISHEE ORDER** |

An Application and Order for Writ of Continuing Garnishment was filed by the United States of America, and a Writ of Continuing Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Continuing Garnishment by United States Marshal and accepted service by federal express mail. Pursuant to the Writ of Continuing Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in

his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $267,903.66.

IT IS ORDERED that the garnishee pay 10% of the defendant's net wages semi-monthly to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

DATED: 26 August 2008

_____
HON. WILLIAM H. WALLS, JUDGE
UNITED STATES DISTRICT COURT