CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. William H. Walls |
| *Plaintiff,* | Criminal No. 96-725 |
| v. | ORDER |
| LOUIS EGNASKO, | |
| *Defendant,* | |
| and | |
| JP MORGAN CHASE BANK, NA, | |
| *Garnishee.* | |

This matter having been opened to the Court by the United States Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

IT IS on this  /8  day of  November , 2008

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

_____
HON. WILLIAM H. WALLS
JUDGE, U.S. DISTRICT COURT